UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES C. MAXEY,

            Plaintiff,

    v.

MAYOR KEVIN JOHNSON; SHERIFF SCOTT JONES; CITY OF SACRAMENTO; PRESIDENT BARACK OBAMA; U.S. ATTORNEY BENJAMIN WAGNER; and DOES 1 THROUGH 99,

            Defendants.

No.  2:15-cv-01656

**ORDER DECLARING PLAINTIFF JAMES MAXEY A "VEXATIOUS LITIGANT"**

    Over a period of less than two years, Plaintiff James Maxey has filed 172 lawsuits in this Court.  The vast majority of these cases have been summarily dismissed, due to Mr. Maxey's implausible allegations that, inter alia, he has been subjected to "satellite microchip implant technology" by various governmental actors.

    California Code of Civil Procedure ("CCP") § 391 et seq. (as adopted in Local Rule 151(b)) provides that the Court "may, on its own motion . . . enter a prefiling order which prohibits a

1

vexatious litigant from filing any new litigation [in this Court]
in propria persona without first obtaining leave of the presiding
. . . judge" of this Court.  Cal. Civ. Proc. Code § 391.7(a).  As
defined elsewhere in the CCP, a "vexatious litigant" is a person
who, "[i]n the immediately preceding seven-year period has
commenced, prosecuted, or maintained in propria persona at least
five litigations other than in a small claims court that have
been (i) finally determined adversely to the person or (ii)
unjustifiably permitted to remain pending at least two years
without having been brought to trial or hearing."  Cal. Civ.
Proc. Code § 391(b)(1).

Based on a review of Mr. Maxey's filings on the Court's
electronic filing database (CM-ECF), the Court concludes that Mr.
Maxey meets the definition of a "vexatious litigant" under CCP §
391(b)(1), as well over 100 of his cases have been brought, and
dismissed, within the past two years.  Thus, pursuant to Local
Rule 151(b) CCP § 391 et seq., the Court hereby designates James
Maxey a "vexatious litigant."

This order constitutes a "prefiling order" as defined in CCP
§ 391.7, and will operate to prevent Mr. Maxey from filing any
new litigation in this Court without first obtaining leave of
Chief Judge Morrison England.  Cal. Civ. Proc. Code § 391.7(a).
Pursuant to CCP § 391.7(b), any future filings by Mr. Maxey will
only be permitted if "it appears that the litigation has merit
and has not been filed for the purposes of harassment or delay."
Pursuant to CCP § 391.7(c), the Clerk is directed to "not file
any litigation presented by [Mr. Maxey] unless [he] first obtains
an order from [Chief Judge England] permitting the filing."  Cal.

1    Civ. Proc. Code § 391.7(c).

2         This order does not have retroactive effect, and Mr. Maxey's

3    currently-pending actions will proceed accordingly.

4

5         IT IS SO ORDERED.

6    Dated:  August 10, 2015

7                                    _____

8                                    JOHN A. MENDEZ,
                                     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28