1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. MAXEY,<br><br>    Plaintiff,<br><br>  v.<br><br>GOVERNOR EDMUND G. BROWN, et al.,<br><br>    Defendants. | No.  2:14-cv-2206-JAM-EFB PS |
| JAMES C. MAXEY,<br><br>    Plaintiff,<br><br>  v.<br><br>PRESIDENT BARACK OBAMA, et al.,<br><br>    Defendants. | No.  2:14-cv-2606-JAM-EFB PS |
| JAMES C. MAXEY,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL SECURITY AGENCY, et al.,<br><br>    Defendants. | No.  2:14-cv-2872-JAM-EFB PS<br><br>ORDER |

1

| | |
|---|---|
| JAMES C. MAXEY,<br><br>             Plaintiff,<br><br>       v.<br><br>UNITED STATES, et al.,<br><br>             Defendants. | No.  2:14-cv-2996-JAM-EFB PS |
| JAMES C. MAXEY,<br><br>             Plaintiff,<br><br>       v.<br><br>SACTO. CTY. BD. OF SUPERVISORS, et al.,<br><br>             Defendants. | No.  2:15-cv-326-JAM-EFB PS |
| JAMES C. MAXEY,<br><br>             Plaintiff,<br><br>       v.<br><br>UNITED STATES ATTORNEY, BENJAMIN WAGNER, et al.,<br><br>             Defendants. | No.  2:15-cv-641-JAM-EFB PS |
| JAMES C. MAXEY,<br><br>             Plaintiff,<br><br>       v.<br><br>ROBERT M. MAXEY, et al.,<br><br>             Defendants. | No.  2:15-cv-950-JAM-EFB PS |

/////

/////

/////

/////

| | |
|---|---|
| JAMES C. MAXEY,<br><br>          Plaintiff,<br><br>     v.<br><br>U.S. SENATOR BARBARA BOXER, et al.<br><br>          Defendants. | No.  2:15-cv-1006-JAM-EFB PS |
| JAMES C. MAXEY,<br><br>          Plaintiff,<br><br>     v.<br><br>PRESIDENT WILLIAM J. CLINTON, et al.,<br><br>          Defendants. | No.  2:15-cv-1018-JAM-EFB PS |
| JAMES C. MAXEY,<br><br>          Plaintiff,<br><br>     v.<br><br>EDMUND G. BROWN, et al.,<br><br>          Defendants. | No.  2:15-cv-1019-JAM-EFB PS |
| JAMES C. MAXEY,<br><br>          Plaintiff,<br><br>     v.<br><br>KAISER FOUNDATION HOSPITAL, et al.,<br><br>          Defendants. | No.  2:15-cv-1070-JAM-EFB PS |

/////

/////

/////

/////

| | |
|---|---|
| JAMES C. MAXEY,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES, et al.,<br><br>        Defendants. | No.  2:15-cv-1178-JAM-EFB PS |
| JAMES C. MAXEY,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al..,<br><br>        Defendants. | No.  2:15-cv-1243-JAM-EFB PS |
| JAMES C. MAXEY,<br><br>        Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>        Defendants. | No.  2:15-cv-1349-JAM-EFB PS |
| JAMES C. MAXEY,<br><br>        Plaintiff,<br><br>   v.<br><br>NAT. REPUBLICAN PARTY, et al.,<br><br>        Defendants. | No.  2:15-cv-1379-JAM-EFB PS |

/////

/////

/////

/////

| | |
|---|---|
| JAMES C. MAXEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED KINGDOM, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-1469-JAM-EFB PS |
| JAMES C. MAXEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-1507-JAM-EFB PS |
| JAMES C. MAXEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-1508-JAM-EFB PS |
| JAMES C. MAXEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAYOR KEVIN JOHNSON, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-1656-JAM-EFB PS |

/////
/////
/////
/////
/////

On December 3, 2015, the magistrate judge filed findings and recommendations in the above-captioned cases which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed December 3, 2015, are ADOPTED; and
2. The complaints filed in the above-entitled cases are dismissed without leave to amend; and
3. The Clerk is directed to close the above-entitled cases.

DATED: February 17, 2016

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE